LUCILE, LTD., NEW YORK AND PARIS, Appellant, v. LUCILLE C. KEARNEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ALFRED H. TOWNLEY, as Receiver, v. ESTHER POLANSKY and Others.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. WILSON v. THE POLICE COMMISSIONER OF THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

A. HUPFEL'S SONS, INC., v. PATRICK B. MIELE, etc.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

MARY E. PORTER v. HENRY L. BOGERT and Others, as Trustees, and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

IRVING BIERER v. WILLIAM M. BARRETT, as President, etc.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

PAUL BERNARD, INC., v. BERNARD J. KAUFMAN.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

HERMAN EPSTEIN, as Executor, etc., v. SAMUEL ROSENTHAL.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

SARAH SIEGAL v. UNION RAILWAY COMPANY OF NEW YORK CITY. ABRAHAM SIEGAL v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

CONRON BROTHERS COMPANY v. ARMOUR & COMPANY.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

JOSEPH GORDON v. AUTOMOBILE CLUB OF AMERICA.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

THE BEEKMAN ESTATE v. MARY C. FOSTER and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

RAMON J. BOERA and Others v. CYP. FABRE & CIE.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.